369 A.2d 728
**ADOPTION OF Helene Ivy HILTON a/k/a
Helene Norris.
Appeal of Charles Ernest BUZBY, III.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 1976.

Decided Feb. 28, 1977.

Christopher H. Gadsden, Duffield Ashmead, III, Philadelphia, for appellant.

Pepper, Hamilton & Scheetz, Paul Maloney, Louis C. Washburn, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellant.